# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**MELISSA DELONG o/b/o B.H.**

vs.                                  **CASE NUMBER: 5:10-CV-908**
                                                       **(FJS/ATB)**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**
_____

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that by consent of the parties this action is REMANDED to the Defendant for further administrative action pursuant to Sentence 4 of 42 U.S.C. § 405(g). This action is hereby DISMISSED.

All of the above pursuant to the Order of the Honorable Magistrate Judge Andrew T. Baxter, dated the 24th day of February, 2011.

DATED: February 24, 2011

_Lawrence K. Baerman_
Clerk of Court

s/ Melissa Ennis
Melissa Ennis
Deputy Clerk