*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF NEW YORK*
------------------------------------------------------- x
MELISSA DELONG o/b/o B.H,                         :
                                                   :
                                                   :
                              Plaintiff,           :
                                                   : **Civil Action No.** ~~10-0908~~ *5:10-CV-908 (FTS/TB)*
                              v.                    :
                                                   :
COMMISSIONER OF                                    :
SOCIAL SECURITY,                                   : **ORDER AWARDING**
                                                   : **ATTORNEY FEES UNDER EAJA**
                                                   :
                              Defendant.           :
------------------------------------------------------- x

     This matter having been opened to the Court by Jaya Shurtliff for an Order awarding

attorney fees pursuant to the Equal Access to Justice Act, (28 U.S.C. § 2412), and it appearing

that Richard S. Hartunian, United States Attorney, and Peter Jewett, Special Assistant United

States Attorney, attorneys for defendant, having consented to the entry of an Order awarding an

amount of six thousand, two hundred and forty-four dollars, and thirty-three cents [$6244.33],

plus an additional amount of fourteen dollars and thirty-four cents [$14.34] for costs, the Court

having reviewed the record in this matter;

     IT IS on this *9th* day of May, 2011;

     ORDERED that plaintiff be allowed a fee award under the Equal Access to Justice Act in

the amount of six thousand, two hundred and forty-four dollars, and thirty-three cents
[$6244.33], plus an additional amount of fourteen dollars and thirty-four cents [$14.34] for costs;
fees are payable to the plaintiff, but if plaintiff does not owe a debt subject to offset, payable to
the attorney;  and it is further;

     ORDERED that the within matter is dismissed with prejudice.

                               *Andrew T. Baxter*
                               _____
                               Andrew T. Baxter
                               United States Magistrate Judge